FILED
U.S. District Court
District of Kansas

MAR 09 2011

Clerk, U.S. District Court
By_C. Cartel_ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 07-10149-01-WEB
)
JORGE CARRILLO-HERNANDEZ, )
)
Defendant. )
_____)

## WAIVER OF DETENTION HEARING

I, Jorge Carrillo-Hernandez, charged with violating conditions of supervised release, appeared before the U.S. Magistrate Judge in the District of Kansas and have been advised of my rights under Rule 32.1, Fed. R. Crim. P. I have also been advised of my right to a detention hearing, pursuant to 18 U.S.C. § 3143 and hereby waive (give up) my right to a detention hearing.

_____
Defendant

3-9-11
Date

_____
Counsel for Defendant